# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Rufus Lamar Bowser**                    **Docket No. 7:22-CR-35-1D**

### Petition for Action on Supervised Release

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rufus Lamar Bowser, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(l) and 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on October 28, 2022, to the custody of the Bureau of Prisons for a term of 54 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Rufus Lamar Bowser was released from custody on March 27, 2026, at which time the term of supervised release commenced.

On June 24, 2026, a Petition for Action was submitted reporting drug use. It was recommended that supervision continue, and the court agreed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant possessed marijuana, as evidenced by drug testing that occurred on June 5, 2026, and July 15, 2026. The defendant signed an admission form on both occasions. The defendant was referred to Coastal Horizons for a substance abuse assessment. He completed an assessment, and it was recommended that he engage in intensive outpatient treatment. The defendant has started his treatment, and he also asked to be placed on location monitoring to hold him more accountable. It is respectfully recommended that the defendant's conditions be modified to allow 60 days curfew with location monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.

/s/ Mindy L. Threlkeld                    /s/ Korey A. Cross
Mindy L. Threlkeld                        Korey A. Cross
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          Phone: 910-679-2051
                                          Executed On: July 16, 2026

**Rufus Lamar Bowser**
**Docket No. 7:22-CR-35-1D**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___17___ day of ___July___, 2026, and ordered filed and
made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge