UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Rufus Lamar Bowser** **Docket No. 7:22-CR-35-1D**

**Petition for Action on Supervised Release**

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rufus Lamar Bowser, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(l) and 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on October 28, 2022, to the custody of the Bureau of Prisons for a term of 54 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Rufus Lamar Bowser was released from custody on March 27, 2026, at which time the term of supervised release commenced.

On June 24, 2026, a Petition for Action was submitted reporting drug use. It was recommended that no action be taken at the time to allow the defendant an opportunity to comply with intensive outpatient treatment. The court agreed.

On July 16, 2026, a Petition for Action was submitted reporting drug use. It was recommended that the defendant adhere to a curfew for 60 days with location monitoring. The court agreed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant possessed marijuana, as evidenced by drug testing that occurred on August 17, 2026. A laboratory confirmation report further verified that this specimen tested positive for marijuana on August 30, 2026. Furthermore, the defendant failed to attend intensive outpatient classes through Coastal Horizons as directed, and he has been removed from the program. It is this officer's intention to submit a Motion for Revocation following this notification to the court. It is respectfully recommended that the defendant remain on location monitoring with a curfew until a revocation hearing is held. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer until further court order. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Korey A. Cross
Korey A. Cross
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2051
Executed On: September 14, 2026

**ORDER OF THE COURT**

Considered and ordered this 15 day of September, 2026, and ordered filed and made a part of the records in the above case.

J. Dever
James C. Dever III
U.S. District Judge